Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
District of Delaware

_____Civil\_\_\_\_ Division

FILED
MAY 09 2023
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Brandon Adams

Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Navient

Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. 23-479
*(to be filled in by the Clerk's Office)*

Jury Trial: (check one)  ✔ Yes  ☐ No

## COMPLAINT FOR A CIVIL CASE

I. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Brandon Adams |
   | Street Address | 2701 North Rainbow Blvd #2095 |
   | City and County | Las Vegas Clark |
   | State and Zip Code | Nevada 89108 |
   | Telephone Number | 725-248-1937 |
   | E-mail Address | badams1273@yahoo.com |

   B. The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

    Name — Navient
    Job or Title (if known)
    Street Address — 123 S. Justion Street
    City and County — Wilmington
    State and Zip Code — Delaware 19801
    Telephone Number
    E-mail Address (if known)

Defendant No. 2

    Name
    Job or Title (if known)
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address (if known)

Defendant No. 3

    Name
    Job or Title (if known)
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address (if known)

Defendant No. 4

    Name
    Job or Title (if known)
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address (if known)

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question        [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
Fifth, Seventh, Fourteenth Amendment, 15 USC 1692 , Due Process, Article VI, Clause 2 Howlett v. Rose :: 496 U.S. 356 (1990) Marbury v. Madison :: 5 U.S. 137 (1803) Simmons v. Abruzzo 49 F.3d 83 (2d Cir. 1995) Ryland v. Shapiro 708 F.2d 967 (5th Cir. 1983) Donovan v. FirstCredit, Inc., No. 20-3485 (6th Cir. 2020) City of Mesquite v. Aladdin's Castle, Inc., 455 U.S. 283 (1982) Tull v. United States, 481 U.S. 412 (1987)

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

      The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

   b. If the plaintiff is a corporation

      The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,

      and has its principal place of business in the State of *(name)* _____ .

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

      The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:
Remove negative information off all three credit reports and $250,000 in damages that has affected me by their
credit reporting in getting jobs, low interest rates and more.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Credit report and has cause me low credit score which affects loans, jobs, and higher interest rates. see information with claim. 1099-C served to IRS USPS Certified Mail. Cancellation of Debt

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Remove negative information off all three credit reports and $250,000 in damages that has affected me by their credit reporting in getting jobs, low interest rates and more. Remove from Experian, Equifax, and TransUnion.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 04/24/2023

Signature of Plaintiff: Brandon Adams
Printed Name of Plaintiff: Brandon Adams

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____



☐ CORRECTED (if checked)

| CREDITOR'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | 1 Date of identifiable event | OMB No. 1545-1424 | **Cancellation of Debt** |
|---|---|---|---|
| Brandon Gerard Adams<br>3761 North Rail Loop Blvd #6025<br>Las Vegas, NV 89108 | 2 Amount of debt discharged<br>$ 100,000,000 | Form **1099-C**<br>(Rev. January 2022) | |
| | 3 Interest, if included in box 2<br>$ | For calendar year<br>20 ___ | **Copy B<br>For Debtor** |

| CREDITOR'S TIN<br>~~XXX-XX-~~1907 | DEBTOR'S TIN | 4 Debt description<br>Full Faith and Credit | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if taxable income results from this transaction and the IRS determines that it has not been reported. |
|---|---|---|---|
| DEBTOR'S name  Navient | | | |
| Street address (including apt. no.)<br>123 S. Justice Street | 5 If checked, the debtor was personally liable for repayment of the debt . . . . . . . . ☐ | | |
| City or town, state or province, country, and ZIP or foreign postal code<br>Wilmington, DE 17801 | | | |
| Account number (see instructions)<br>994121 0736 | 6 Identifiable event code | 7 Fair market value of property<br>$ 100,000,000 | |

Form **1099-C** (Rev. 1-2022)   (keep for your records)   www.irs.gov/Form1099C   Department of the Treasury - Internal Revenue Service

2701 North Rainbow Bl. #205
Las Vegas, NV 89108

LAS VEGAS NV 890
24 APR 2023 PM 4 L

Office of the Clerk
United States District Court
844 North King St Unit 18
Wilmington, DE 19801-3570

B.M.S.
-RAY

19801-357099