IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRANDON ADAMS, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 23-479-CFC |
| NAVIENT, | : |
| Defendant. | : |

## ORDER

At Wilmington on this Sixteenth day of January in 2024, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that:

1. The Complaint is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

2. Amendment is futile.

3. The Clerk of Court is directed to mark this case **CLOSED**.

_____
Chief Judge